

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00718-CV

**IN THE INTEREST OF J.B.S.**, et al., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02879
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. The motion to withdraw as counsel is DENIED. It is ORDERED that no costs be assessed against Appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED March 27, 2019.

_____
Rebeca C. Martinez, Justice